**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF ABATEMENT

Appellate case name:        Mark F. Hanks v. The Huntington National Bank

Appellate case number:    01-15-00188-CV

Trial court case number:   1056196

Trial court:                       County Civil Court at Law No. 4 of Harris County

On March 5, 2015, appellant, Mark F. Hanks, filed an "Emergency Motion to Review Excessiveness of Bond, to Establish Appellant's Indigence, and to Stay the Issuance of Any Writ of Possession." Appellant seeks emergency relief primarily to stay the trial court's final judgment, issued on February 23, 2015, in this forcible detainer action, with respect to the $41,589.00 supersedeas bond because the writ of possession is to be issued if he does not vacate his house by March 8, 2015, pursuant to Texas Rule of Appellate Procedure 24.4.

The Court **grants** appellant's motion to stay the issuance of the writ of possession until the appeal in this Court is finally decided or the Court otherwise orders the stay lifted. *See* TEX. R. APP. P. 24.4(c). Also, we **abate** this case and **remand** the cause to the trial court for the entry of findings of fact and conclusions of law or for the taking of evidence, if none has been made, with respect to the amount of the supersedeas bond in light of appellant's affidavit of indigence filed in the trial court on February 25, 2015. *See* TEX. R. APP. P. 24.4(d); 24.2(c)(1)-(3).

Accordingly, the Court orders the trial court clerk to file, **within 10 days of the date of this order** or within 10 days of the date of any hearing, a supplemental clerk's record, with a copy of the findings of fact and conclusions of law and any order, with the Clerk of this Court. Accordingly, this case is abated, treated as a closed case, and removed from this court's active docket. This case will be reinstated on this court's active docket when a supplemental clerk's record that complies with this order, and a reporter's record if a hearing is held, are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party.

It is so ORDERED.

Judge's signature: <u>/s/ Evelyn Keyes</u>
<u>X</u> Acting individually    ☐  Acting for the Court

Date:  <u>March 6, 2015</u>